IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MONKEYMEDIA, INC.,** | § § § | |
| *Plaintiff*, | § § | Civil Action No. 2:17-CV-460-JRG |
| v. | § § | |
| **SAMSUNG ELECTRONICS CO., LTD.,** *et al.*, | § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |

## JOINT MOTION TO EXTEND THE STAY OF ALL DEADLINES

Plaintiff MONKEYmedia, Inc. and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Parties") file this Joint Motion to Extend the Stay of All Deadlines, and respectfully show the Court as follows:

After a mediation with Judge Folsom on May 2, 2018, the parties subsequently reached an agreement in principle to settle on May 31, 2018.  The agreement was memorialized in a communication with Judge Folsom of the same date.  Since then, the parties have worked together diligently to resolve the language to be included in the settlement agreement.  Although the parties are nearing completion of the agreement, a handful of issues remain to be resolved.

Accordingly, the parties request that the Court extend the stay for an additional fourteen (14) days.

Dated: July 2, 2018

Respectfully submitted,

  */s/ Mark Fowler*
Melissa Richards Smith
Texas State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Mark Fowler
State Bar No. 124235
Email: mark.fowler@dlapiper.com
Aaron Wainscoat
State Bar No. 218339
Email: aaron.wainscoat@dlapiper.com
Erik R. Fuehrer
State Bar No. 252578
Email: erik.fuehrer@dlapiper.com
Jonathan Hicks
State Bar No. 274634
Email: jonathan.hicks@dlapiper.com
DLA Piper LLP (US)
2000 University Avenue
Palo Alto, California 94303-2215
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

Brian Erickson
Texas State Bar No. 24012594
Email: brian.erickson@dlapiper.com
Jeffrey R. Cole
Texas State Bar No. 24045679
Email: jeff.cole@dlapiper.com
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, Texas 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

*Counsel for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

/s/ *Steven D. Smit (w/permission)*
Steven D. Smit
State Bar No. 18527500
Email: ssmit@gdhm.com
Matthew C. Powers
State Bar No. 24046650
Email: mpowers@gdhm.com
William G. Christian, III
Texas State Bar No. 00793505
Email: wchristian@gdhm.com
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701
Telephone: (512) 480-5600
Facsimile: (512) 480-5853

Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Counsel for Plaintiff*
*MONKEYmedia, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 2, 2018 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith
